UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irvin Muchnick, an individual | ) Case No. 3:15 cv – 03060 CRB |
|  | ) |
| Plaintiff, | ) |
| vs. | ) Order on Plaintiff's Motion for Administrative |
|  | ) Relief – Local Rule 7-11 |
| U.S. Department of Homeland Security, an agency of the United States Government | ) |
|  | ) |
|  | ) |
| Defendant | ) Courtroom: 6, 17th Floor |
|  | ) Hon. Charles R. Breyer |
|  | ) |

ORDER

The Court's finds it will be in all parties' best interest to hold a further Case Management Conference in this matter without further delay, and accordingly sets said Case Management Conference for Friday, May 20, 2016 at 10:00 am in Courtroom 6 on the 17th Floor. A Joint CMC Statement shall be filed not later than Friday, May 13, 2016.

Signed: April 28, 2016                                    _____
                                                                             Judge, US District Court