**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUCHNICK, | No. CV 15-3060 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

The government moved for summary judgment on this FOIA matter in October 2015. See Motion for Summary Judgment (dkt. 15). The Court denied the motion without prejudice on February 24, 2016, stating that the government's Vaughn Index and showing on segregability had been insufficient. See Order (dkt. 21). The government updated its Vaughn Index on April 12, 2016. See Exhibits (dkt. 22). Given, however, that the Court denied the government's motion without prejudice, there is no motion currently pending before the Court. See Order (dkt. 21). Any new motion for summary judgment should specifically address whether the updates to the government's Vaughn Index comply with Ninth Circuit case law and should be filed no later than (60) days from the date of this order.

**IT IS SO ORDERED.**

Dated: July 14, 2016

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE