**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN MUCHNICK, | No. CV 15-3060 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. _____/ | |

On December 6, 2016, the Court issued an order on summary judgment.  See Order (dkt. 40).  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in accordance with the order.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 6, 2016

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE